United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michele Mitru,<br>　　*Plaintiff,*<br><br>v.<br><br>Transocean Offshore Deepwater<br>Drilling, Inc., et al.,<br>　　*Defendants.* | §<br>§<br>§<br>§　Civil Action H-23-3624<br>§<br>§<br>§<br>§ |

### ORDER

On August 13, 2024, Magistrate Judge Peter Bray filed a Memorandum and Recommendation (docket no. 23). To date, no objections have been filed. The Court **ADOPTS** the Memorandum and Recommendation. Defendant Lidan Marine AB's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) (docket no. 12) is **GRANTED** and Plaintiff, Michele Mitru's claims against Defendant Lidan Marine AB are **DISMISSED WITHOUT PREJUDICE** .

SIGNED at Houston, Texas, on September __3rd__, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Sim Lake
　　　　　　　　　　　　　　　　　　　United States District Judge